IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM BASSETT,

  Appellant,

v.

THE GEO GROUP, INC. -
SOUTH BAY CF,

  Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2815

_____/

Opinion filed June 6, 2017.

An appeal from an order of the Florida Commission on Human Relations.
Michelle Wilson, Executive Director.

Christopher C. Copeland, Jupiter, for Appellant.

Patrick G. Deblasio, III, and Lindsay M. Alter of Littler Mendelson, P.C., Miami,
for Appellee.

PER CURIAM.

  AFFIRMED.

ROBERTS, C.J., MAKAR, and JAY, JJ., CONCUR.